[No. 39935-7-I.    Division One.    March 2, 1998.]

*In the Matter of the Marriage of* SUSAN A. JUSTICE, *Appellant*, and BRIAN A. JUSTICE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-3-01066-6, Charles W. Mertel, J., entered December 2, 1996. *Remanded* by unpublished per curiam opinion.

[No. 40023-1-I.    Division One.    March 2, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMEY FINKLEA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 96-1-06819-1, Larry A. Jordan, J., entered December 23, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 40252-8-I.    Division One.    March 2, 1998.]

PAUL STOCKER, *Appellant*, v. SNOHOMISH COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-01647-1, R. Joseph Wesley, J., entered February 3, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40512-8-I.    Division One.    March 2, 1998.]

LEAH HUNSUCKER, *Appellant*, v. JOSEPHINE SUNSET HOME, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-07180-3, Kathryn E. Trumbull, J., entered March 11, 1997. *Affirmed* by unpublished per curiam opinion.